O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GOMEZ,<br><br>    Petitioner,<br><br>  vs.<br><br>LEROY BACA, SHERIFF - L.A.. COUNTY,<br><br>    Respondent. | Case No. CV12-0197-GAF (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action without prejudice.

Dated: March 16, 2012

              _____
               GARY A. FEESS
               UNITED STATES DISTRICT JUDGE