JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH GOMEZ, | ) | Case No. CV12-0197-GAF (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| LEROY BACA, SHERIFF - L.A.. COUNTY, | ) | |
| Respondent. | ) | |

 Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 19, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1